United States Court of Appeals
 for the District of Columbia Circuit

 Division for the Purpose of
 Appointing Independent Counsels

 Ethics in Government Act of 1978, As Amended

 In re: Madison Guaranty Savings Division No. 94-1
 & Loan Association

Before: Sentelle, Presiding Judge, Fay and Cudahy, Senior Circuit Judges.
 
 
 O R D E R

 Upon consideration of Landmark Legal Foundation's Application for Judicial Notice and
Writ of Prohibition, filed with this Court on February 11, 1999, it is hereby
 ORDERED that the application be dismissed for the reasons set forth in the
accompanying opinion. 

 Per Curiam
 For the Court:
 Mark J. Langer, Clerk 
 Marilyn R. Sargent
 Chief Deputy Clerk

Filed on March 18,1999